JS-6

1  Richard L. Weiner (State Bar No. 123243)
   Law Office of Richard L. Weiner
2  27240 Turnberry Lane, Suite 200
   Valencia, California  91355
3  E-Mail:  rweiner@richardlweinerlaw.com

4  Telephone No.:  (661) 362-0860
   Facsimile No.:   (661) 362-0861
5
6  Attorneys for Defendant Laguna Productions, Inc.,
   Elart M. Coello and Manual Hinostroza

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| RAMON BARBA LOZA, an Individual; and COMMERCIALIZADORA MAX ONE S.A. de C.V., a Mexican Corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LAGUNA PRODUCTION, INC., aka LAGUNA FILMS, a California Corporation; ELART M. COELLO, an Individual, and MANUEL HINOSTROZA, an Individual,<br><br>          Defendants. | CASE NO.  CV11-04498SVW(JCx)<br>HON. Stephen V. Wilson<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>JS-6 |

WHEREAS, Plaintiffs Ramon Barba Loza, an Individual, and Commercializadora Max One S.A. de C.V., a Mexican Corporation, by and through their attorney of record, Rosendo Gonzalez, of Gonzalez & Associates, P.L.C., and Defendants Laguna Productions, Inc. (erroneously sued herein as Laguna Production, Inc. aka Laguna Films, a California Corporation), Elart M. Coello, an Individual, and Manuel Hinostroza, an Individual, by and through their attorney of record, Richard L. Weiner, of the Law Office of Richard L. Weiner, entered into a Stipulation for Dismissal with prejudice of this action;

///

1      IT IS HEREBY ORDERED that this action is dismissed by Plaintiffs, with

2  prejudice, in its entirety.

3

4  DATED:    3/1/2012

                                    Honorable Stephen V. Wilson
5                                     Judge of the
                                    United States District Court