JS-6

1  Richard L. Weiner (State Bar No. 123243)
   Law Office of Richard L. Weiner
2  27240 Turnberry Lane, Suite 200
   Valencia, California  91355
3  E-Mail: rweiner@richardlweinerlaw.com

4  Telephone No.: (661) 362-0860
   Facsimile No.:   (661) 362-0861
5
   Attorneys for Defendant Laguna Productions, Inc.,
6  Elart M. Coello and Manual Hinostroza

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11 RAMON BARBA LOZA, an Individual; and ) **CASE NO.  CV11-04498SVW(JCx)**
   COMMERCIALIZADORA MAX ONE S.A. ) **HON. Stephen V. Wilson**
12 de C.V., a Mexican Corporation,         )
                                           ) **ORDER ON STIPULATION FOR**
13         Plaintiffs,                     ) **DISMISSAL**
                                           )
14     vs.                                 )
                                           )
15 LAGUNA PRODUCTION, INC., aka            )   JS-6
   LAGUNA FILMS, a California Corporation; )
16 ELART M. COELLO, an Individual, and     )
   MANUEL HINOSTROZA, an Individual,       )
17                                         )
                                           )
18         Defendants.                     )
                                           )
19

20      WHEREAS, Plaintiffs Ramon Barba Loza, an Individual, and Commercializadora

21 Max One S.A. de C.V., a Mexican Corporation, by and through their attorney of record,

22 Rosendo Gonzalez, of Gonzalez & Associates, P.L.C., and Defendants Laguna

23 Productions, Inc. (erroneously sued herein as Laguna Production, Inc. aka Laguna

24 Films, a California Corporation), Elart M. Coello, an Individual, and Manuel Hinostroza,

25 an Individual, by and through their attorney of record, Richard L. Weiner, of the Law

26 Office of Richard L. Weiner, entered into a Stipulation for Dismissal with prejudice of this

27 action;

28 ///

ORDER ON STIPULATION FOR DISMISSAL - 1

1     IT IS HEREBY ORDERED that this action is dismissed by Plaintiffs, with
2 prejudice, in its entirety.
3
4 DATED:     3/1/2012

                                   Honorable Stephen V. Wilson
                                   Judge of the
                                   United States District Court